UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                                    CRIMINAL NO. 2:00CR31KS

ALVIN BRIDGES, JR.                                                         DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#49] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on July 11, 2001, is hereby remitted.

SO ORDERED, this the ___17th___ day of April, 2017.

                                                ___s/Keith Starrett_____
                                              HONORABLE KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE